*Let this be filed*
*11/1/15*

| | |
|---|---|
| PATRICK DANIEL | UNITED STATES DISTRICT COURT |
| VERSUS | FOR THE DISTRICT OF COLUMBIA |
| EBAY, INC, and<br>JACK LY a/k/a DAVID KENNEDY | CIVIL NO.: 1:15-cv-01294 |
| | JUDGE EMMET G. SULLIVAN |

## AFFIDAVIT

STATE OF TEXAS

COUNTY OF HARRIS

1. I am a major named David Patrick Daniel, Jr. (hereinafter referred to as "Affiant"), personally appeared before a notary public and attest to the following personally, known facts listed herein below.

2. I declare the information contained in this declaration is true and correct under penalty of perjury.

3. I am an attorney licensed to practice in the states of Louisiana and Texas.

4. I have been permitted to file electronically in the following federal courts:
   a. United States District Court, Western District of Louisiana;
   b. United States District Court, Eastern District of Louisiana; and
   c. United States District Court, Middle District of Louisiana.

5. The information and testimony contained in my statement is true, accurate and correct.

_____
AFFIANT

WITNESSES

_Vicky Manning_                     _Lily W. Vanney_
NAME:                                NAME:

_Shauna Voorhies_
NOTARY PUBLIC

DATE: October 19, 2015

SHAUNA VOORHIES
Notary Public
STATE OF TEXAS
My Comm. Exp. May 18, 2019

Affidavit
Page 1 of 1